United States District Court

Eastern District of California

| | |
|---|---|
| Craig Allen Ward, et al., | |
|     Plaintiff, | No. Civ. S 05-0033 LKK PAN P |
| vs. | Order |
| Richard Dangler, et al., | |
|     Defendants. | |

-oOo-

The pro se complaint names in the caption plaintiff's Craig Allen Ward and Mori Ward, but only Craig Allen Ward signed the complaint and submitted an application to proceed in forma pauperis. Thus, Mori Ward is not a party.

August 10, 2005, plaintiff Craig Allen Ward filed a "request for withdrawal of complaint and in forma pauperis application," which the court construes as a notice of dismissal. Since defendants have neither answered the complaint nor moved for summary judgment, the Clerk of the Court shall enter plaintiff's

1 | dismissal without prejudice.  Fed. R. Civ. P. 41(a)(1).
2 |     So ordered.
3 |     Dated:  August 15, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge